IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Arah

Printed: 01/13/09

Case Number: 08 B 09173
Judge: Hollis, Pamela S
Filed: 4/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: June 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,875.00 |  |
| Secured: |  | 685.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,068.12 |
| Trustee Fee: |  | 121.88 |
| Other Funds: |  | 0.00 |
| Totals: | 1,875.00 | 1,875.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,341.50 | 1,068.12 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 21,105.92 | 625.00 |
| 5. | City Of Chicago | Secured | 204.00 | 60.00 |
| 6. | American Home Mortgage Servicing | Secured | 6,276.10 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 529.25 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 227.05 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 314.68 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 116.40 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 262.80 | 0.00 |
| 12. | Loan Machine | Unsecured | 254.84 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 135.00 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 199.50 | 0.00 |
| 15. | Americredit Financial Ser Inc | Unsecured | 2,178.80 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 494.10 | 0.00 |
| 17. | AmeriCash Loans, LLC | Unsecured | 45.45 | 0.00 |
| 18. | Allied Institute of Technology | Unsecured |  | No Claim Filed |
| 19. | Columbia National Bank | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | Medical Collections | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
| 25. | Great Lakes Specialty Finance | Unsecured |  | No Claim Filed |
| 26. | RMI/MCSI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Arah

Printed: 01/13/09

Case Number:  08 B 09173
Judge:  Hollis, Pamela S
Filed:  4/15/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Pay Day Loans | Unsecured | | No Claim Filed |
| | | $ 35,685.39 | $ 1,753.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 121.88 |
| | $ 121.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

